IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CLAY-ANTHONY JOHNSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV423-139
)
DON MONTGOMERY, State Solicitor )
Gen.; BILLY TOMLINSON, Judge; )
G. TAPPENN, Police Officer; and )
BRYAN COUNTY; )
)
    Defendants. )
)

O R D E R

Before the Court is the Magistrate Judge's May 23, 2023, Report and Recommendation (Doc. 6), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 6) is **ADOPTED** as the Court's opinion in this case. Plaintiff's Motion to Proceed In Forma Pauperis is **DENIED**. (Doc. 2.) Plaintiff's Complaint is **DISMISSED** as frivolous. (Doc. 1.) The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ⁿᵈ day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).