AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CLAY-ANTHONY JOHNSON,

Plaintiff,

v.

DON MONTGOMERY, BILLY TOMLINSON; G. TAPPENN; BRYAN COUNTY,

Defendants,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV222-41

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant with the Order entered on June 22, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint as frivolous. This action stands closed.



June 22, 2023
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020